UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILAN DUSEK, | ) | NO. EDCV 08-0073-CJC(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to the Memorandum and Order filed concurrently, IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: January 30, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE